**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
SECOND AMENDED **CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: **MARK DANIEL BRONSON** CASE NO. **13-23610-BKC-LMI**
Last four digits of SS No. 5447

**MONTHLY PLAN PAYMENT:** Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$1,314.21** for months **1** to **60**, beginning **July 7, 2013**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $5,000.00; Paid Fees: $2,000.00; Balance Due: $3,000.00; payable $1,000.00/mo. (Mos. 1 to 3)

**Secured Creditors**:   [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**1. INTERNAL REVENUE SERVICES -** Total Due on Petition Date: $24,750.00; Payable; $172.79/mo. (Mos. 1 to 3) and $459.04/mo. (Mos. 4 to 60) [payments include 3% interest]

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3**

**NONE**

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

1. **Internal Revenue Service -** TOTAL DUE; $40,983.22, Payable, $5.00/mo. (Mos. 1 to 3) and $718.75/mo. (Mos. 4 to 60)

**Unsecured Creditors**: Payable: $5.00/mo. (Mos. 1 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISION**: The debtor has entered into a Non-Dischargeability Order with American Express ECF #13 Adversary Case No. 13-01778-LMI. Since all income is property of the Chapter 13 Estate, The debtor shall make these payments pursuant to the agreement post Chapter 13 Discharge.

Dated: October 1, 2014

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Neidich at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 1st day of October, 2014.

```
                              Law Offices of Michael J. Brooks,
                              Michael A. Frank,
                              & Rodolfo De La Guardia
                              Attorney for Debtor(s)
                              10 N.W. LeJeune Road, Suite 620
                              Miami, FL  33126-5431
                              (305) 443-4217
                              Pleadings@bkclawmiami.com


                              By /s/
                              Michael J. Brooks
                              Florida Bar No. 434442
```

LF-31 (rev. 01/08/10)