UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 13-23610-BKC-LMI
Chapter 13

In re:
MARK DANIEL BRONSON
_____Debtor._____/

# APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, Michael A. Frank, was retained by the Debtor to serve in this bankruptcy case as attorney for Debtor.   A copy of the retainer agreement is attached as Exhibit "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

A. The Retainer Agreement signed by the Debtor agrees to a fee of $ 5,000.00, and the total paid pre-petition is $ 2,000.00.

B. The Safe Harbor Fee in this case would be $ 3,650.00, broken down as follows: Base - $ 3,500.00; Cost - $ 150.00.

| | | |
|---|---|---|
| C. | Total Fees Requested: | $ 5,000.00 |
| | Total Expenses to be Reimbursed: | $ 150.00 |
| | Amount Received To-Date:<br>**(exclusive of filing fees)** | $ 2,000.00 |
| | Amount to be Paid through Plan: | $ 3,000.00 |

1. The amount requested, if allowed, will be paid in full after 3 monthly payments under the plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B".

3.	Applicant estimates that an additional n/a hours will be required to be expended in providing legal services on behalf of the debtor(s) described below: n/a.

4.	The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred:

See last page of the attached fee application, if applicable.

5.	The source of compensation previously paid to applicant was from the Debtor.

6.	Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm.  (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**DATED:** February 27, 2015

                Law Offices of Michael J. Brooks,
                Michael A. Frank &
                Rodolfo H. De La Guardia, Jr.
                Attorneys for the Debtor
                Regions Bank Bldg., Suite 620
                10 Northwest Le Jeune Road
                Miami, FL 33126
                Telephone (305) 443-4217

                By   /s/  Michael A. Frank
                    Michael A. Frank
                    Florida Bar No. 339075

cc:
Nancy K. Neidich, Trustee
Mark Daniel Bronson, Debtor