UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 13-23610-BKC-LMI
CHAPTER 13

MARK DANIEL BRONSON
        Debtor.
_____/

**APPLICATION FOR FEES BY ATTORNEY FOR DEBTOR**

Pursuant to Court Order, the undersigned files this Application for Fees by Attorney for the Debtor in the above case and state:

1.      The rate normally charged by the undersigned and is considered reasonable in the community in a matter such as this, is $425.00 per hour.

2.      The Law Offices of Brooks, Frank & De La Guardia, Jr. have expended 18.20 hours at the rate of $425.00 per hour from March 12, 2013.  A delineation of the time expended is as follows:

| Date | Description | Hours |
|---|---|---|
| 03-12-13 | Initial Consultation with Client | 1.00 |
| 03-14-13 | Second Consultation with Client and Opening of File | 1.00 |
| 04-12-13 | Third Consultation with Client to Review Documents | 1.00 |
| 05-31-13 | Fourth Consultation with Client to Review Documents, Income and Expenditures | 1.50 |
| 06-07-13 | Prepared Case for filing and filed Case | 1.00 |
| 06-07-13 | Prepared and filed Means Test | 1.00 |
| 06-10-13 | Received and reviewed Notice of Incomplete Filings Due | 0.10 |
| 06-18-13 | Prepared and filed Summary of Schedules and Schedules I & J | 0.70 |
| 06-19-13 | Prepared and filed Chapter 13 Plan | 1.00 |
| 06-20-13 | Received and reviewed Notice of Commencement | 0.10 |
| 06-24-13 | Received and reviewed Trustee's Notice of Required Documents | 0.10 |

| 06-26-13 | Prepared and filed Certification of Compliance and Request for Confirmation | 0.10 |
|---|---|---|
| 07-02-13 | Received and reviewed Proof of Claim filed by FIA Card Services, N.A. (#1) | 0.10 |
| 07-03-13 | Received and reviewed Proof of Claim filed by FIA Card Services, N.A. (#2) | 0.10 |
| 08-07-13 | Received and reviewed Proof of Claim filed by The Internal Revenue Service (#3) | 0.20 |
| 08-13-13 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
| 08-16-13 | Prepared and filed Objection to Claim of Internal Revenue Service (#3) | 0.20 |
| 08-16-13 | Received and reviewed Notice of Hearing on Objection to Claim of Internal Revenue Service (#3) | 0.10 |
| 08-21-13 | Prepared for 341 Meeting of Creditors | 0.50 |
| 08-22-13 | Attended 341 Meeting of Creditors | 0.50 |
| 08-23-13 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
| 08-27-13 | Received and reviewed Amended Proof of Claim filed by The Internal Revenue Service (#3-2) | 0.20 |
| 08-30-13 | Received and reviewed Notice to Withdraw Objection to Claim of Internal Revenue Service (#3) | 0.10 |
| 09-03-13 | Prepared and filed First Amended Chapter 13 Plan | 0.70 |
| 09-05-13 | Received and reviewed Trustee's Amended Notice of Deficiency for Confirmation | 0.10 |
| 09-10-13 | Attended Continued Confirmation Hearing | 0.10 |
| 09-10-13 | Prepared for and attended Hearing on Objection to Claim of The Internal Revenue Service (#3) | 0.30 |
| 09-24-13 | Received and received Order Continuing Confirmation Hearing | 0.10 |
| 10-01-13 | Received and reviewed Proof of Claim filed by American Express Centurion Bank (#4) | 0.10 |
| 10-03-13 | Received and reviewed Trustee's Amended Notice of Deficiency for Confirmation | 0.10 |
| 10-03-13 | Received and reviewed Trustee's Amended Notice of Deficiency for Confirmation | 0.10 |
| 10-08-13 | Attended Continued Confirmation Hearing | 0.10 |
| 10-11-13 | Received and reviewed Proof of Claim filed by American Express Centurion Bank (#5) and Proof of Claim filed by Altair OH XIII, LLX (#6) | 0.10 |
| 10-15-13 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 10-21-13 | Received and reviewed Adversary case 13-01778. Complaint by American Express Centurion Bank | 0.10 |

| | | |
|---|---|---|
| 10-23-13 | Received and reviewed Trustee's Amended Notice of Deficiency for Confirmation | 0.10 |
| 10-31-13 | Received and reviewed Proof of Claim filed by American Express Centurion Bank (#7) | 0.10 |
| 11-05-13 | Attended Continued Confirmation Hearing | 0.10 |
| 11-07-13 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 11-20-13 | Received and reviewed Proof of Claim filed by Portfolio Recovery Associates, LLC (#8 & 9) | 0.20 |
| 11-26-13 | Received and reviewed Trustee's Notice of Deficiency for Confirmation | 0.10 |
| 12-03-13 | Attended Continued Confirmation Hearing | 0.10 |
| 12-11-13 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 12-30-13 | Received and reviewed Trustee's Amended Notice of Deficiency for Confirmation | 0.10 |
| 01-07-14 | Attended Continued Confirmation Hearing | 0.10 |
| 01-10-14 | Received and reviewed Order Setting Deadlines to Avoid Dismissal | 0.10 |
| 01-16-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 02-04-14 | Attended Continued Confirmation Hearing | 0.10 |
| 02-12-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 03-04-14 | Attended Continued Confirmation Hearing | 0.10 |
| 03-05-14 | Received and reviewed Adversary Case 1:13-ap-1778 Closed. Judgment in Favor of Plaintiff | 0.10 |
| 03-07-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 04-01-14 | Attended Continued Confirmation Hearing | 0.10 |
| 04-07-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 05-06-14 | Attended Continued Confirmation Hearing | 0.10 |
| 05-13-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 06-03-14 | Attended Continued Confirmation Hearing | 0.10 |
| 06-10-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 07-08-14 | Attended Continued Confirmation Hearing | 0.10 |

| 07-15-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
|---|---|---|
| 08-05-14 | Attended Continued Confirmation Hearing | 0.10 |
| 08-18-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 09-09-14 | Attended Continued Confirmation Hearing | 0.10 |
| 09-22-14 | Received and reviewed Notice of Continued Confirmation Hearing Filed by Trustee | 0.10 |
| 10-01-14 | Prepared and filed Second Amended Chapter 13 Plan | 0.60 |
| 10-02-14 | Attended Continued Confirmation Hearing | 0.10 |
| 10-08-14 | Received and reviewed Trustee's Request for Entry of Order Confirming Chapter 13 Second Amended Plan After Confirmation Hearing | 0.10 |
| 10-09-14 | Received and reviewed Order Confirming Second Amended Chapter 13 Plan | 0.10 |
| | Prepared and filed Application for Fees and review of file. | 1.00 |
| | Attendance at Hearing on Application for Fees. | 0.50 |
| Total Hours................................................. | | 18.20 |
| 18.20 hours x $425.00 = | | $7,735.00 |

The total fee requested is $5,000.00. The Debtor's attorney has received $5,000.00 in fees. The total amount of work performed pre-Confirmation is 18.20 hours at $425.00 an hour = $7,735.00.  The undersigned submits that the amount of $5,000.00 for all of the work that has been performed and all of the future work to be performed is reasonable pursuant to the standard set forth In re: Norman vs. Housing Authority of Montgomery, 836 F. 2nd 1299 (11th Cir. 1988) and 11 U.S.C. Section 330. There are no charges in this Application for Fees for secretarial or typing time and no charges have been added for travel time to and from the Courthouse for any of the hearings.

4

WHEREFORE, the Debtor requests to be awarded fees in the amount of $5,000.00.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Hearing and the Application for Fees by Attorney for Debtors was sent by e-mail to Nancy K. Neidich, Trustee at e2c8f01@ch13herkert.com and all others set forth in NEF on February 27, 2015, and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth above and by regular mail to: Mark Daniel Bronson, Debtor, 1602 Alton Road, #25, Miami Beach, FL 33139.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtors
Suite 620 • Regions Bank Building
10 Northwest Le Jeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217
Facsimile (305) 443-3219


By  /s/ Michael A. Frank
    Michael A. Frank
    Florida Bar No. 339075